SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7102
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07-70173-JCS |
|     Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY HEARING AND EXCLUDING TIME |
|   v. | |
| CHARKON CHANSAEM, | |
|     Defendant. | |

On March 29, 2007, the parties in this case appeared before the Court and stipulated that the Preliminary Hearing should be scheduled for April 20, 2007 and that time should be excluded from the Speedy Trial Act calculations from March 29, 2007 to April 20, 2007 for effective preparation of counsel, in that defense counsel has recently received discovery from the Government; additional discovery was still forthcoming from the Government; the parties are discussing pre-indictment resolution; and defense counsel does not believe it is in his client's best interests for the Court to hold a Preliminary Hearing within 10 days of the Initial Appearance as required by Federal Rule of Criminal Procedure 5.1(c). The parties represented

1  that granting the continuance was necessary for effective preparation of counsel, taking into
2  account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

4  SO STIPULATED:

                                                SCOTT N. SCHOOLS
                                                Interim United States Attorney

DATED: April 4, 2007                            ____/s/_____
                                                DENISE MARIE BARTON
                                                Assistant United States Attorney


DATED: April 4, 2007                            ____/s/_____
                                                STEVEN J. KOENINGER
                                                Attorney for CHARKON CHANSAEM


   As the Court found on March 29, 2007, and for the reasons stated above, the Court finds good cause, taking into account the public interest in prompt disposition of criminal cases, to extend the time limits for the Preliminary Hearing; that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial; and that time should be excluded from the Speedy Trial Act calculations from March 29, 2007 to April 20, 2007 for effective preparation of counsel. See Fed. R. Crim. P. 5.1; 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: April 12, 2007           
                                _____
                                Joseph C. Spero
                                United States Magistrate Judge

Stipulation and [Proposed] Order Excluding Time - CR 03-70173-JCS                    2