1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7102
7  Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,           )   CR No. 07-70173-JCS
                                        )
15       Plaintiff,                     )   STIPULATION AND [PROPOSED] ORDER
                                        )   EXTENDING THE TIME LIMIT FOR THE
16       v.                             )   PRELIMINARY HEARING AND
                                        )   EXCLUDING TIME
17  CHARKON CHANSAEM,                   )
                                        )
18       Defendant.                     )
                                        )
19  _____)

20      ___On March 23, 2007, based on a criminal complaint presented by Immigration and

21  Customs Enforcement Special Agent Brian Kawabata, the Honorable Joseph C. Spero issued an

22  arrest warrant for the Defendant. On March 26, 2007, the Court held an Initial Appearance and

23  set the matter for further proceedings on March 29, 2007. On March 29, 2007, the parties

24  stipulated, and the Court ordered that the Preliminary Hearing should be scheduled for April 20,

25  2007 and that time should be excluded from the Speedy Trial Act calculations from March 29,

26  2007 to April 20, 2007. On April 12, 2007, the Hon. Joseph C. Spero signed an order to that

27  effect. On April 17, 2007, upon filing of a Joint Stipulation, the Hon. Edward M. Chen signed an

28  order continuing the Preliminary hearing from April 20, 2007 to May 9, 2007 and excluding such

Stipulation and [Proposed] Order Excluding Time - CR 03-07-70173-JCS
                                        1

1  time from the Speedy Trial Act calculations.

2  Counsel for the Government and Defendant are currently discussing a pre-indictment
3  resolution of this case. Counsel for the Government has also learned that the case agent is
4  scheduled to testify in an out of district trial the week of May 7, 2007 and will therefore be
5  unavailable to for the rescheduled Preliminary Hearing on May 9, 2007. Moreover, defense
6  counsel is still reviewing discovery that has been made available by the United States; is
7  obtaining discovery from his client which requires the assistance of a Thai interpreter and travel
8  to a remote facility; is facilitating communications with the Thai consulate on behalf of his
9  client; will be out of the office for a training seminar during the final week of May; and does not
10 believe it is in his client's best interest for the Court to hold a Preliminary Hearing within 10 days
11 of the Initial Appearance as required by Federal Rule of Criminal Procedure 5.1(c). The parties
12 represent that granting of the continuance is necessary in so far as it would be impossible to hold
13 the preliminary proceedings without the case agent; for effective preparation of counsel; and for
14 continuity of counsel. See 18 U.S.C. § 3161(h)(8)(B)(i)(iv).
15 Accordingly, the parties have agreed as follows:
16 1.   The Preliminary Hearing shall be removed from the May 9, 2007 calendar and be
17      continued until June 6, 2007.
18 2.   The Defendant agrees to an exclusion of time under the Speedy Trial Act. Failure to
19      grant the requested continuance would make it impossible to proceed with the
20      Preliminary Hearing insofar as the case agent would not be present to testify and would
21      deny the Defendant effective preparation and continuity of counsel.
22 3.   Given these circumstances, the parties agree and the Court should find that the ends of
23      justice are served by excluding the period from May 9, 2007 through June 6, 2007 from
24      the Speedy Trial Act calculation and outweigh the best interest of the public and the
25      Defendant in a speedy trial. Id. § 3161(h)(8)(A).

1       IT IS SO STIPULATED.

3

4 DATED: May 3, 2007                      _____/s/_____
                                                  DENISE MARIE BARTON
                                                  Assistant United States Attorney

7 DATED: May 3, 2007                      _____/s/_____
                                                  STEVEN J. KOENINGER
                                                  Attorney for CHARKON CHANSAEM

**IT IS SO ORDERED.**

      Pursuant to the parties' Stipulation and for the reasons set forth above, the Preliminary Hearing shall be removed from the May 9, 2007 calendar and continued until June 6, 2007 and the time from May 9, 2007 to June 6, 2007 shall be excluded from the Speedy Trial Act calculations.

DATED:_____                   _____
                                         Honorable Elizabeth D. Laporte
                                         United States Magistrate Judge