SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 03-07-70173-JCS |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY HEARING AND EXCLUDING TIME |
|    v. ) | |
| CHARKON CHANSAEM, ) | |
|    Defendant. ) | |

     On June 4, 2007, the parties in this case appeared before the Court; requested a continuance for the Preliminary Hearing; and stipulated that time should be excluded from the Speedy Trial Act calculations from June 6, 2007 through July 10, 2007 for effective preparation of counsel. Counsel for the Government and Defendant requested that the Court refer this matter to a Magistrate Judge for a settlement conference to assist in resolution of this case. Further, counsel for the defendant has recently provided the Government with discovery. Counsel for the defendant does not believe it is in his client's best interest for the Court to hold a Preliminary Hearing within 10 days of the Initial Appearance and waives a Hearing within the time provided by Fed. R. Crim. P.

Stipulation and [Proposed] Order Excluding Time - CR 03-07-70173-JCS

1  Rule 5.1(c). The parties represent that granting of the continuance is necessary for
2  effective preparation of counsel, taking into account the exercise of due diligence. See 18
3  U.S.C. § 3161(h)(8)(B)(iv).
4      IT IS SO STIPULATED.

6
7  DATED: June 7, 2007                  _____/s_/_____
                                                        DENISE MARIE BARTON
                                                        Assistant United States Attorney

9  DATED: June 7, 2007                  _____/s /_____
10                                                         JOSH COHEN
                                                        Attorney for CHARKON CHANSAEM

12  **IT IS SO ORDERED.**
13      Pursuant to the parties' Stipulation and for the reasons set forth above, IT IS
14  HEREBY ORDERED that the ends of justice served by the continuance outweigh the
15  best interests of the public and the defendant in a speedy trial and that time should be
16  excluded from the Speedy Trial Act calculations from June 6, 2007 through July 10, 2007
17  for effective preparation of counsel. See 18 U.S.C. § 3161(h)(8)(A). The failure to grant
18  the requested continuance would deny counsel reasonable time necessary for effective
19  preparation, taking into account the exercise of due diligence, and would result in a
20  miscarriage of justice. See 18 U.S.C. § 3161(h)(8)(B)(iv).

23  DATED:__June 13, 2007__                _____
24                                                     Honorable Bernard Zimmerman
                                                   United States Magistrate Judge