# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CRIMINAL MINUTE ORDER

**CASE NO.:** No. 3-07-70173 MAG

**CASE NAME:** *United States of America v. Charkon Chansaem*

**MAGISTRATE JUDGE JOSEPH C. SPERO**    **CLERK:** Mary Macudzinski-Gomez

**DATE:** 6/18/2007    **TIME:** 3.5 hrs    **COURT REPORTER:** not reported

**COUNSEL FOR PLAINTIFF:**    **COUNSEL FOR DEFENDANT:**

Elise Becker    Josh Cohen
Denise Barton    Jodi Linker

## PROCEEDINGS

- [X] SETTLEMENT CONFERENCE
- [ ] FURTHER SETTLEMENT CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [ ] STATUS CONFERENCE RE:
- [ ] TELEPHONIC CONFERENCE RE:
- [ ] OTHER:

CASE CONTINUED TO: _____ FOR _____

NOTES:

A Settlement Conference was held; the case did not settle.