AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 2252(a)(1) - Transportation of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Imprisonment of not less than 5 years, not more than 20 years; fine of $250,000; special assessment of $100; supervised release of not less than 5 years, or life; registration as a sex offender.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

07 JUL -9 PM 3:19

**DEFENDANT - U.S.**

► CHARKON CHANSAEM

**DISTRICT COURT NUMBER**

CR 07 0425 PJH

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
Immigration and Customs Enforcement Special Agent Brian Kawabata

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO. 3-07-70173 JCS

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  Denise Marie Barton

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ► 3/23/2007

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ► 3/26/2007

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10             SAN FRANCISCO DIVISION

   CR 07 0425   PJH

12 | UNITED STATES OF AMERICA,        ) No.
                                      )
13 |      Plaintiff,                  ) VIOLATION: Title 18, United States Code,
                                      ) Section 2252(a)(1) – Transportation of Child
14 | v.                               ) Pornography
                                      )
15 | CHARKON CHANSAEM,                )
                                      ) SAN FRANCISCO VENUE
16 |      Defendant.                  )
                                      )
17 |_____)

18
                           INFORMATION
19
20  The United States Attorney charges:
21       On or about March 23, 2007, in the Northern District of California, the defendant,
22                          CHARKON CHANSAEM,
23  did knowingly and willfully transport in foreign commerce, by means of an airplane, material,
24  namely ten CD-ROMs, that contained visual depictions of individuals under eighteen (18) years
25  of age engaged in sexually explicit conduct, knowing that such material contained visual
26  depictions of individuals under eighteen (18) years of age engaged in sexually explicit conduct,
27  as defined in Title 18, United States Code, Section 2256(2), and that said visual depictions were
28  produced using minors engaged in such conduct; all in violation of Title 18, United States Code,

INFORMATION                      Page 1 of 2

1 | Section 2252(a)(1).
2 |
3 |
4 | DATED:   July 9, 2007                                  SCOTT N. SCHOOLS
5 |                                                         United States Attorney
6 |
7 |                                                         /s/ Ioana Petrou
8 |                                                         IOANA PETROU
9 |                                                         Chief, Major Crimes Section
10 |
11 |
12 | (Approved as to form: /s/ Denise M. Barton )
13 |                        DENISE MARIE BARTON
14 |                        Assistant United States Attorney

INFORMATION                                Page 2 of 2