AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF ___CAL.___ N.

FILED
2007 JUL 10 AM 10: 59
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

UNITED STATES OF AMERICA

V.

CHARKON CHANSAEM

WAIVER OF INDICTMENT

CASE NUMBER: 07-0425 PJH

I, __CHARKON CHANSAEM__, the above named defendant, who is accused of

__TRANSPORTATION OF CHILD PORNOGRAPHY__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __7/10/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer