BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant CHANSAEM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-0425 PJH |
| Plaintiff, | ) ) ) | NOTICE OF SUBSTITUTION OF COUNSEL |
| v. | ) ) | |
| CHARKON CHANSAEM, | ) ) | |
| Defendant. | ) ) | |

Please take note that Assistant Federal Public Defender Josh Cohen has assumed representation of the defendant in this matter.

Dated: July 12, 2007

                                              Respectfully submitted,

                                              BARRY J. PORTMAN
                                              Federal Public Defender

                                              /s/

                                              JOSH COHEN
                                              Assistant Federal Public Defender