**FILED**
**JUL 26 2007**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** July 25, 2007     **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0425 PJH

**Case Name:** UNITED STATES v. CHARKON CHANSAEM (C)(Thai Interpreter)

**Attorney for Plaintiff:** Denise Barton
**Attorney for Defendant:** Josh Cohen

**Deputy Clerk:** Nichole Heuerman     **Court Reporter:** Starr Wilson

**Interpreter:** John Johnston (Thai Interpreter)

**PROCEEDINGS**

    Change of Plea-Held. The defendant is sworn. The plea agreement is signed and filed in court. The court finds the defendant to be fully competent and capable of entering into an informed plea. The plea is knowing and voluntary. The court finds a factual basis for the plea. The defendant enters a plea of guilty as to the sole count in the Information. The court accepts the plea and the defendant is adjudged guilty of the offense.

    The court to make a recommendation to the U.S. Marshal Service for the defendant to be moved to FDC Dublin for the reasons stated on the record.

**CASE CONTINUED TO:** October 10, 2007 at 1:30 p.m. for Sentencing .

**cc:** chambers