UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 07-425 PJH |
| | ) | |
| Plaintiff, | ) | **EXHIBIT A TO** |
| | ) | **UNITED STATES' SENTENCING** |
| v. | ) | **MEMORANDUM** |
| | ) | |
| CHARKON CHANSAEM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

1) CD-ROM labeled "*My Disc*" or "*My Dise*" contains 9 still images of child pornography, including the following:

- A nude girl, appearing to be approximately 9-10 years old, sitting in a bathtub with her breasts and vagina exposed. The image contains an inserted color logo reading "www.magic-lolita.com."

- A nude girl, appearing to be approximately 12 years old, standing and exposing her breasts and vagina in a sexually explicit manner. The image contains an inserted watermark reading "www.lolitafix.com."

- A girl, appearing to be approximately 7 years old, nude from the waist to thigh with her legs spread open, exposing her vaginal area.

- A partially nude girl, appearing to be approximately 12 years old, wearing an open jacket with her breasts and vagina exposed in a sexually explicit manner.

- A girl, appearing to be approximately 12 years old, with her shirt lifted, exposing her breasts and vagina.

- A girl, appearing to be approximately 12 years old, exposing her vagina.

2) CD-ROM, labeled "*Hustler Video 002 Baby Sexy*" contains 2 child pornography files, each of which contain several video clips, including the following:

- A nude girl, appearing to be approximately 8-9 years old, with her head covered with a towel and an adult male fondling her breast area and vagina with his hands.

- A nude girl, appearing to be approximately 14-16 years old, with an adult male fondling her vagina.

- A nude girl, appearing to be approximately 9-10 years old, with an adult male fondling her breast area and vagina.

- Four partially nude girls, two of whom appear to be approximately 9-11 years old and two of whom appear to be approximately 13-15 years old. All of the girls are sitting on their knees with their breast areas exposed; the camera zooms in on the unzipped pants and pubic area of one girl.

- A partially nude girl, appearing to be approximately 10 years old. An adult male wearing a blue latex glove fondles her vagina area; then inserts a mechanical device into the girl's vagina; and afterwards, gives the girl what appears to be candy.

- A partially nude girl, appearing to be approximately 8 years of age, in a semi-conscious state being fondled by an adult male who then forces oral copulation and ejaculates on the girl's face.

- A partially nude girl, appearing to be approximately 8-9 years old, performing oral sex on an adult male while an adult female stands behind her and moves the girl's head.

3) CD-ROM, labeled "*Hustler Video 003 Baby Sexy*" contains three child pornography video files, including the following:

- Two nude girls, who appear to be 12-14 years old, posing with their legs spread and vaginas exposed.

- A nude girl, who appears to be 12-14 years old, dancing with her breasts and vagina exposed.

- A video file of multiple still images with 87 images of child pornography, including a nude girl, appearing to be approximately 7-8 years old, involved in

oral copulation of an adult male.

4) CD-ROM, labeled "*Hustler Bangkok*" contains 4 files containing child pornography, videos including:

- A nude girl, who appears to be approximately 7-10 years old, partially covered with a black sheet, with her legs tied and suspended in the air. An adult male is having vaginal and anal intercourse with the girl.

- Two nude girls, appearing to be approximately 10-12 years old, posing with their legs spread and vaginal areas exposed.

- A girl, approximately 10-12 years old, exposing her vagina and having sexual intercourse with an adult male.

- Two nude boys, appearing to be 12 years old. One boy is having sexual intercourse with an adult female. The other boy has an erection.

5) CD-ROM labeled "*Hustler Island 005*" contains 9 child pornography files, some of which contain multiple video clips, including the following:

- A girl, who appears to be approximately 3-5 years old, performing oral sex on an adult male, who holds her head and ejaculates into her mouth.

- A nude girl and boy, each of whom appear to be approximately 9-11 years old. The camera zooms in on their genital areas.

- Two nude girls, appearing to be approximately 9-11 years old. One of the girls is seated with her legs spread, exposing her vagina.

- Two partially nude girls, appearing to be approximately 8-9 years old. The camera zooms in on their vaginal areas. An adult male is fondling their vaginas.

- Two nude girls, appearing to be approximately 10-12 years old, exposing their vaginas with their legs spread.

- A girl, appearing to be approximately 6-8 years old, engaged in oral sex with an adult male.

- Two nude girls, appearing to be approximately 10-12 years old, smoking cigarettes and exposing their vaginal areas.

- A partially nude girl, appearing to be approximately 6-8 years old. The girl appears to be sleeping and an adult male is masturbating and ejaculating into the girl's vagina.

- Two nude girls, appearing to be approximately 10-11 years old, on a bed. The camera zooms in on the vaginas and breast areas of the girls.

6) CD-ROM labeled "*Hustler Video 006 Baby Sexy*"contains 5 files of child pornography, some of which contains multiple video clips, including the following:

- Three video files of a girl, appearing to be approximately 10-12 years old. In the first video, an adult male is touching her vagina area and inserting his finger into her vagina. In the second file, the adult male is inserting his penis into her vagina. In the third file, the adult male is having sexual intercourse with the girl.

- A nude girl, who appears to be approximately 7-10 years old, partially covered by a black sheet, with her legs tied in the air. An adult male is having vaginal and anal intercourse with the girl.

- A girl, who appears to be approximately 3-5 years old, performing oral sex on an adult male. The girl appears to gag as the adult male ejaculates into her mouth.

- A nude girl, who appears to be approximately 10 years old, spreading her legs in a sexually explicit manner.

- A partially nude girl, who appears to be approximately 8 years old, performing oral sex on an adult male.


7) CD-ROM labeled "*Hustler Video 007 Baby Sexy*" contains three child pornography video files of child pornography, including the following:

- A girl and boy, each of who appear to be approximately 14-15 years old. The girl is first seen taking a shower and rubbing her breast and vagina areas; then is performing oral sex on the boy; and then, is having sexual intercourse with the boy. The video clip is titled "Lolita Collection.

- A partially nude girl, who appears to be approximately 10-12 years old, with her legs spread in a sexually explicit manner. An adult male is inserting his fingers into her vagina.

- Two partially nude girls, who appear to be approximately 8-10 years old, posed in

a sexually explicit manner.

8) A CD-ROM labeled "*Hustler Video 008 Baby Sexy*" contains the following child pornography video files:

- A partially nude girl, who appears to be approximately 7-10 years old, whose legs are spread open and ankles are tied with a suspension device. An adult male is having vaginal and anal intercourse with the girl.

- A nude girl, who appears to be approximately 10 years old, who hands are tied to a beam on the ceiling. An adult male is inserting his fingers into her vagina.

- A nude girl, who appears to be approximately 10 years old, who is tied to a bench. An adult male is inserting his fingers into her vagina and the girl is performing oral sex on the adult male.

- A partially nude girl, who appears to be approximately 8 years old, with an adult male inserting his finger into her anus.

- A nude girl, who appears to be approximately 12-14 years old, performing oral sex on an adult male and having sexual intercourse with the adult male.

9) CD-ROM labeled "*Hustler Video 010 Baby Sexy*" contains a child pornography video file of child pornography containing the following:

- Three girls, who appeared to be approximately 12-16 years old, with their legs spread in a sexually explicit manner.

10) CD-ROM labeled "*Hustler Video 011 Baby Sexy*" contains one child pornography video file with multiple video clips of child pornography, including the following:

- A nude girl, who appears to approximately 6-7 years old, dancing. The camera zooms in on the girl's vagina. Then, the girl is with an adult male reading a pornographic magazine and then having sexual intercourse with the male.

- A nude girl, who appears to be approximately 8-9 years old, being tied to a metal frame with her hands and legs tied. An adult male is placing food into the girl's vagina; a cat licks the girls' vagina; and the adult male ejaculates on the girl.

- A partially nude girl, who appears to be approximately 10 years old, using a vibrator.