1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant CHARKON CHANSAEM

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 07-435 PJH |
| | ) | |
| vs. | ) | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| | ) | |
| CHARKON CHANSAEM, | ) | Date:  October 10, 2007 |
| | ) | Time:  1:30 p.m. |
| Defendant. | ) | Court: The Honorable Phyllis J. Hamilton |

15          PLEASE TAKE NOTICE that counsel in the aforementioned matter has been

16  substituted as indicated below:

17                              ELIZABETH M. FALK, Assistant Federal Public Defender
                                450 Golden Gate Avenue, 19th Floor
18                              San Francisco, California 94107
                                415-436-7700
19                              415-436-7706 facsimile

    DATED: October 10, 2007
20
                                Respectfully submitted,
21

22                              BARRY J. PORTMAN
                                Federal Public Defender
23
                                      /S/
24
                                _____
25                              ELIZABETH M. FALK
                                Assistant Federal Public Defender
26

NOTICE OF APPEARANCE OF COUNSEL
*UNITED STATES v. CHANSAEM*, 07-425 PJH