## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date: October 10, 2007**                    **JUDGE:  Phyllis J. Hamilton**

**Case No:  CR-07-0425 PJH**

**Case Name:   UNITED STATES  v.  CHARKON CHANSAEM (C)(Thai Interpreter)**


**Attorney for Plaintiff:     Denise Barton**
**Attorney for Defendant:   Elizabeth Falk**

**Deputy Clerk:** Nichole Heuerman                    **Court Reporter**: Catherine Edwards

**Probation Officer:** Jackie Sharpe

**Interpreter:** John Johnston (Thai Interpreter)


### PROCEEDINGS

Sentencing-Held.

Agent Brian Kawabata is sworn and testifies re: interview with defendant.

The defendant is committed to the custody of the Bureau of Prisons for a term of 63 months; 5 years supervised release with the following special conditions: 1) the defendant shall comply with the rules and regulations of the Bureau of Immigration and Custom Enforcement 2) the defendant shall participate in a sex offender treatment program 3) the defendant shall make an application to register as a sex offender pursuant to state law 4) defendant shall submit to a search 5) if the defendant remains in the country and purchases a computer he must consent to the probation officer conducting periodic examinations of his computer and having installed any hardware or software systems to monitor his computer use 6) the defendant shall refrain from accessing via computer or DVD player any pornography of any kinds 7) the defendant shall not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons and 8) the defendant shall cooperate in the collection of DNA.  The defendant shall pay a special assessment in the amount of $100.00, due immediately.


**cc:** chambers